IN RE: ELECTRONIC TRANSMISSION
OF THE OPINIONS OF THE ARKANSAS SUPREME
COURT AND THE ARKANSAS COURT OF APPEALS

Supreme Court of Arkansas
Delivered May 16, 1994

PER CURIAM. All opinions and headnotes that make up the Arkansas Reports and Arkansas Appellate Reports, except the material that is not available electronically (i.e., certain special-justice opinions and certain appendix matter), will be available for computer modem transmission each week from 4:00 p.m. Thursday afternoon until 8:00 a.m. Friday morning, when the courts are in session. Each Thursday's material will contain that week's Supreme Court opinions and the previous week's Court of Appeals opinions in WordPerfect format. A password and the telephone number to call to gain access to the opinions will be provided.

The fee for this service is $100 per month. Payment will be made in advance each month to:

Supreme Court Clerk
Justice Building
625 Marshall Street
Little Rock, AR 72201

Hard copies of the respective courts's opinions are still available through the Supreme Court Clerk's office at $.50 per page.

The Supreme Court and Court of Appeals are currently investigating the feasibility of putting opinions on Internet or a comparable service for free public access.